# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PARAGON EVENTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| vs. ) | 1:17-cv-04212-TWT |
| ) | |
| PARAGON PERFORMANCE ) | **JURY TRIAL DEMANDED** |
| GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter having come before the Court on the Parties' Stipulation of Mutual Dismissal with Prejudice Pursuant to Settlement Agreement, and the Court being duly advised in the premises, finds that the dismissal should be GRANTED.

WHEREFORE, IT IS ORDERED that this cause of action is hereby dismissed with prejudice.

Date:  February 9, 2018                    /s/Thomas W. Thrash
                                           Hon. Thomas W. Thrash, Jr.
                                           Chief U.S. District Court Judge
                                           Northern District of Georgia